NATHAN FORMAN, Respondent, v. HARRY HOROWITZ, as President of the Bakery & Confectionery Workers' International Union of America, Local 51, et al., Appellants.—

No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

EDWIN PORGES, Respondent, v. FREDERICK W. DAU, as Trustee for Certificate Holders in Issue No. 18,882 of the Lawyers Mortgage Company, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. HENRY C. ELFAST et al., Individually and as Copartners under the Firm Name of Elfast, Frisk & Company, et al., Defendants. MILDRED K. STILLWAGGON, Intervener, Appellant; ARTHUR C. FRISK et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

NATIONAL GYPSUM COMPANY, Respondent, v. CANDEE, SMITH & HOWLAND COMPANY, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

NATIONAL GYPSUM COMPANY, Respondent, v. CANDEE, SMITH & HOWLAND COMPANY, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of ADELE DZIEDZIAK, Respondent, against THOMAS MADDOCK, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

SELMA FUREDI et al., Appellants, v. HOME OWNERS' LOAN CORPORATION, Respondent.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

PHILIP L. BERGER, Appellant, v. ELI MELTZER and GEORGE LEDERMAN, Individually and as President and General Manager Respectively of The Poultry Shochtim Union of Greater New York, Local 370, et al., Respondents, et al., Defendants.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Glennon, J., dissents and votes to affirm.

J. SCHNYDER A. G., a Corporation, Respondent, v. DRAEGER SHIPPING CO., INC., et al., Defendants, and CHESTER C. SZTEJN, Defendant-Appellant.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.